IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| In the Matter of the Search of:<br><br>The property located at 996 MT Highway 200, Noxon, MT, 59853, all out buildings/trailers and vehicles on the premises, and the person of Stephen FARR | MJ-26-59-M-KLD<br><br>ORDER |

The warrant in the above-entitled matter having been executed and returned, together with a copy of the certified inventory of the property seized, to the undersigned, the Clerk of Court is directed to file the same.

IT IS SO ORDERED.

DATED this 21st day of April, 2026.

Honorable Kathleen L. DeSoto
United States Magistrate Judge